# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130644

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

MARK WALKER,
     Defendant-Appellant.

SC: 130644
COA: 255234
Wayne CC: 04-000371

_____/

     On order of the Court, the application for leave to appeal the January 10, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

d0619

_____
Clerk